AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| United States of America | ) |
|---|---|
| v. | ) Case No. 4:20CR00008-004 |
| STEVEN WAYNE FLYNN | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Steven Wayne Flynn,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Drug Conspiracy; Prohibited Person in Possession of Firearm; Firearm Used in Drug Trafficking

Date: 02/13/2020

*H. McDonald*, Deputy Clerk
*Issuing officer's signature*

City and state: Roanoke, VA

Hon. Elizabeth K. Dillon, United States District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*