# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

### CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING

**Case No.: 4:20-cr-00008**                    **Date: 2/19/2020**

| Defendants: | Counsel: |
|---|---|
| **Steven Wayne Flynn, Deft#4** | **James Martin, CJA—not present today** |
| **Lianna Nicole Parker, Deft#5** | **Monica Cliatt, FPD** |
| **Misty Nicole Kiley, Deft#6** | **Mac Doubles, CJA- not present today** |

PRESENT:     JUDGE:         Robert S. Ballou      TIME IN COURT:  41 min
              Deputy Clerk:    K. Brown
              Court Reporter:  K. Brown/FTR
              U. S. Attorney:  Rachel Swartz
              USPO:         Sean Sweeney
              Case Agent:     Derrick Lancaster, ATFE

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☒ Defendant requests appointment of counsel. CJA 23 completed; counsel appointed for Deft 4 and Deft 6. FPD appointed for Deft 5.
☒ Bond hearings held for Defts 5 and 6.
☒ Government does not oppose bond for Defts 5 and 6
☒ Bond set at $10K Unsecured for Defts 5 and 6.

In addition to the standard conditions of release, the following special conditions of release are imposed:

☒ The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.

☒ The defendant shall report as directed by the probation officer, and shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant; the defendant shall continue to reside at his/her current residence, and shall not change residences without first obtaining permission from the probation officer.

☒ The defendant shall abstain from the any use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.

☒ The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.

☒ The defendant shall submit to random drug and or alcohol testing as directed by the probation officer.

☒ The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.

☒ The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determining if he/she is in compliance with his/her conditions of pretrial release.

☒ The defendant shall actively seek and/or maintain employment.

☒ The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport.

☒ The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by his/her supervising officer in cooperation with law enforcement officers.

☒ The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements.

☒ Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

## **ARRAIGNMENT**

☒ Defendant(s) waives reading of Indictment/Information.

☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P.).


DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|--------|--------|------------|------|---------|
| 5 | | 1 | | Lianna Nicole Parker, Deft 5. |


☒ Jury trial set for TBD before Judge Kiser.

☒ Defendants 4 remanded to custody.

☒ Defendant(s) 5 and 6 released on bond.



Additional Information:
3:48
Lianna Nicole Parker, Deft #5
Parties present and represented by counsel. FPD appointed for defendant. Oral Order to enter.
Government does not oppose bond, but Probation needs the opportunity to develop the home plan.
Deft proffers home plan. Live with mother in Fire Oak Lane, Rustburg VA. Deft currently on state probation and has no violations at this point. She is currently on color-code. Meta Parker Mitchell, mother. Deft recounts her drug history for the Court. Deft babysits 3 children for employment. Deft had drug counseling in prison. All family lives in Lynchburg. Deft has one daughter, who lives with her father but deft has visitation. No passport.
Court sets $10K Unsecured. Live with mother in Rustburg VA. No firearms—deft has 7 days for mother to relocate gun. Maintain employment. No drugs or alcohol. Be evaluated for drug and substance abuse therapy and counseling within 10 days. No passport. No travel outside the WDVA without permission. Report contact with LEO's. Cooperate with USPO. Random drug and alcohol screening. Execute medical authorization to give USPO access to records. No contact with co-deft, witnesses. Warrantless search and seizure. All terms of state probation are incorporated into this bond. Meet with USPO prior to release today.
Defendant released on bond.
Adjourned.
4:08

4:09

Misty Nicole Kiley, Deft 6.

IA and Bond

Defendant present but not represented at this time.

Redacted version of Indictment provided to Deft by government.

Mac Doubles, CJA attorney has been appointed.  ARR set for Friday, 2/21 at 2:15pm.

Government does not oppose bond.

Court addresses defendant.  $10K Unsecured.  Deft lives at Melville Avenue, Danville VA with a friend of hers, the friend's husband and son.  No firearms in home.  No illegal or controlled substances.  Random screening.  Be evaluated within 10 days for substance abuse treatment and counseling by local community services board in Dville area.  Keep job.  No alcohol.  No travel outside WDVA.  Cooperate with USPO.  Report contact with LEO's.  No contact with witnesses or co-deft's.  No passport.  Warrantless search and seizure.  Authorize medical authorization for USPO to access treatment records.

Defendant released on bond.

Adjourned.

4:21




4:22

Steven Wayne Flynn, Deft 4

IA

Defendant present but not represented at this time.

Redacted version of Indictment provided to Deft by government.

James C. Martin, CJA attorney has been appointed.  ARR set for Tuesday, 2/25 at 10:00am.

Government moves for detention.

TOD to enter.

Defendant remanded.

Adjourned.

4:29